UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-60976-COHN/HUNT

JOHN F. BATES,

    Plaintiff,

v.

JANET YELLEN, as Secretary,
U.S. Department of the Treasury,
Internal Revenue Service,

    Defendant.
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Plaintiff, John F. Bates, and Defendant, Janet Yellen, as Secretary, U.S. Department of the Treasury, Internal Revenue Service (the "Secretary") (Plaintiff and the Secretary, together, the "Parties"), by and through their respective counsel, hereby waive their right to proceed before the Honorable James I. Cohn, United States District Judge, and consent to have the Honorable Patrick M. Hunt, United States Magistrate Judge, conduct any and all further proceedings in the case, including the trial, and order the entry of judgment. The Parties do not consent to reassignment to any other or successor magistrate judge.

                                                        **Respectfully submitted,**

| By: *Mark J. Berkowitz* | By: *Amy L. Soto* |
|---|---|
| MARK J. BERKOWITZ | AMY L. SOTO |
| Florida Bar No. 369391 | Florida Bar No. 124858 |
| MARK J. BERKOWITZ, P.A. | UNITED STATES ATTORNEY'S OFFICE |
| One Ten Tower | 99 N.E. 4th Street, Suite 300 |
| 110 S.E. 6th Street, Suite 1700 | Miami, Florida 33132 |
| Ft. Lauderdale, Florida 33316 | Tel.: (305) 961-9368 |
| Tel.: (954) 527-0570 | amy.soto@usdoj.gov |
| labor@markjberkowitz.com | |
| *Counsel for John F. Bates* | *Counsel for Janet Yellen, as Secretary, U.S. Department of the Treasury, Internal Revenue Service* |